56,704-06

COURT OF CRIMINAL Appeals
P.O. Box 12308 Capital Station
Austin, Texas 78711

To: ABEl ACOSTA
    Clerk

DATE: 1/15/15

RE: Johnson Eric Lamon
CCA No. WR-56,704-06
        WR-56,704-07
Trial Court Case No. 09-06-13237A, 09-06-13238A

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

Dear Clerk,

I AM WRITING you TO INFORM THIS COURT OF A CHANGE OF Address. I AM NO longer AT THE DiBoll UNIT. I HAVE BEEN MOVED TO THE Joe Ney UNIT. 114 Private rd. 4303 Hondo, TX. 78861 Could you please redirect All correspondence INVOlving THESE WRIT No.'s plus any and all Decisions, motions, And ▇ Filings etc. From THE COURTS.

THANK you FOR your Help IN THESE MATTERS.

RESPECTFully SuBmiTTed,

*Eric Lamon Johnson*
ERIC LAMON Johnson
TDCJ-ID# 1667834
Joe Ney UNIT.
114 Private, rd. 4303
Hondo, Texas 78861

C.C.